**Order entered February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00052-CR

**KENNETH RUSSELL CATLEGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-87213-2013**

## ORDER

This appeal comes to the Court following an appeal from the Plano Municipal Court of Record to the Collin County Court at Law No. 1. The briefs before the County Court at Law are to be the briefs before this Court. *See* TEX. GOV'T CODE ANN. § 30.00027(b)(1). Accordingly, we **STRIKE** the appellant's brief filed on February 21, 2014.

We **DIRECT** the Clerk to set the case at issue. The appeal will be submitted in due course.

/s/     DAVID EVANS
         JUSTICE